FILED
Jun 22, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT FOR:<br><br>Security Public Storage, 606 Parker Road, Fairfield, California | CASE NO.   2:20-sw-0565 KJN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

### ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated: 06/22/2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE